**CM-010**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): <br> James Joseph (SNB 309883) <br> Jurewitz Law Group <br> 600 B Street, Suite 1450 <br> San Diego, CA 92101 <br> TELEPHONE NO.: (619) 233-5020   FAX NO.: (888) 233-3180 <br> ATTORNEY FOR (Name): Arthur Javier | FOR COURT USE ONLY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Orange
STREET ADDRESS: 700 Civic Center Drive
MAILING ADDRESS: 700 Civic Center Drive
CITY AND ZIP CODE: Santa Ana 92701
BRANCH NAME: Central Justice Center

CASE NAME:
Javier v. NATIONAL RAILROAD PASSENGER CORPORATION

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER: 30-2021-01178614-CU-PO-CJC |
|---|---|---|---|---|
| [✓] Unlimited (Amount demanded exceeds $25,000) | [ ] Limited (Amount demanded is $25,000 or less) | [ ] Counter [ ] Joinder <br> Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | | JUDGE: Judge Theodore Howard <br> DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
- [ ] Auto (22)
- [ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- [ ] Asbestos (04)
- [ ] Product liability (24)
- [ ] Medical malpractice (45)
- [✓] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- [ ] Business tort/unfair business practice (07)
- [ ] Civil rights (08)
- [ ] Defamation (13)
- [ ] Fraud (16)
- [ ] Intellectual property (19)
- [ ] Professional negligence (25)
- [ ] Other non-PI/PD/WD tort (35)

**Employment**
- [ ] Wrongful termination (36)
- [ ] Other employment (15)

**Contract**
- [ ] Breach of contract/warranty (06)
- [ ] Rule 3.740 collections (09)
- [ ] Other collections (09)
- [ ] Insurance coverage (18)
- [ ] Other contract (37)

**Real Property**
- [ ] Eminent domain/Inverse condemnation (14)
- [ ] Wrongful eviction (33)
- [ ] Other real property (26)

**Unlawful Detainer**
- [ ] Commercial (31)
- [ ] Residential (32)
- [ ] Drugs (38)

**Judicial Review**
- [ ] Asset forfeiture (05)
- [ ] Petition re: arbitration award (11)
- [ ] Writ of mandate (02)
- [ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
- [ ] Antitrust/Trade regulation (03)
- [ ] Construction defect (10)
- [ ] Mass tort (40)
- [ ] Securities litigation (28)
- [ ] Environmental/Toxic tort (30)
- [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- [ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- [ ] RICO (27)
- [ ] Other complaint (*not specified above*) (42)

**Miscellaneous Civil Petition**
- [ ] Partnership and corporate governance (21)
- [ ] Other petition (*not specified above*) (43)

2. This case [ ] is [✓] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. [✓] monetary b. [ ] nonmonetary; declaratory or injunctive relief c. [ ] punitive
4. Number of causes of action (specify): Two (Negligence)
5. This case [ ] is [✓] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: January 13, 2021

James Joseph
_____
(TYPE OR PRINT NAME)                    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on **all** other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]
**CIVIL CASE COVER SHEET**
Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

CM-010

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property
    Damage/Wrongful Death
Uninsured Motorist (46) (*if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto*)

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
    Asbestos Property Damage
    Asbestos Personal Injury/
        Wrongful Death
Product Liability (*not asbestos or toxic/environmental*) (24)
Medical Malpractice (45)
    Medical Malpractice–
        Physicians & Surgeons
    Other Professional Health Care
        Malpractice
Other PI/PD/WD (23)
    Premises Liability (e.g., slip
        and fall)
    Intentional Bodily Injury/PD/WD
        (e.g., assault, vandalism)
    Intentional Infliction of
        Emotional Distress
    Negligent Infliction of
        Emotional Distress
    Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business
    Practice (07)
Civil Rights (e.g., discrimination,
    false arrest) (*not civil harassment*) (08)
Defamation (e.g., slander, libel)
    (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
    Legal Malpractice
    Other Professional Malpractice
        (*not medical or legal*)
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
    Breach of Rental/Lease
        Contract (*not unlawful detainer or wrongful eviction*)
    Contract/Warranty Breach–Seller
        Plaintiff (*not fraud or negligence*)
    Negligent Breach of Contract/
        Warranty
    Other Breach of Contract/Warranty
Collections (e.g., money owed, open
    book accounts) (09)
    Collection Case–Seller Plaintiff
    Other Promissory Note/Collections
        Case
Insurance Coverage (*not provisionally complex*) (18)
    Auto Subrogation
    Other Coverage
Other Contract (37)
    Contractual Fraud
    Other Contract Dispute

**Real Property**
Eminent Domain/Inverse
    Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
    Writ of Possession of Real Property
    Mortgage Foreclosure
    Quiet Title
    Other Real Property (*not eminent domain, landlord/tenant, or foreclosure*)

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) (*if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential*)

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
    Writ–Administrative Mandamus
    Writ–Mandamus on Limited Court
        Case Matter
    Writ–Other Limited Court Case
        Review
Other Judicial Review (39)
    Review of Health Officer Order
    Notice of Appeal–Labor
        Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims
    (*arising from provisionally complex case type listed above*) (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
    Abstract of Judgment (Out of
        County)
    Confession of Judgment (*non-domestic relations*)
    Sister State Judgment
    Administrative Agency Award
        (*not unpaid taxes*)
    Petition/Certification of Entry of
        Judgment on Unpaid Taxes
    Other Enforcement of Judgment
        Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint (*not specified above*) (42)
    Declaratory Relief Only
    Injunctive Relief Only (*non-harassment*)
    Mechanics Lien
    Other Commercial Complaint
        Case (*non-tort/non-complex*)
    Other Civil Complaint
        (*non-tort/non-complex*)

**Miscellaneous Civil Petition**
Partnership and Corporate
    Governance (21)
Other Petition (*not specified above*) (43)
    Civil Harassment
    Workplace Violence
    Elder/Dependent Adult
        Abuse
    Election Contest
    Petition for Name Change
    Petition for Relief From Late
        Claim
    Other Civil Petition

CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Page 2 of 2

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

| | FOR COURT USE ONLY<br>*(SOLO PARA USO DE LA CORTE)* |
|---|---|

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

NATIONAL RAILROAD PASSENGER CORPORATION, a for-profit
corporation; and DOES 1 through 100, inclusive,

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

ARTHUR JAVIER

---

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

---

The name and address of the court is:
*(El nombre y dirección de la corte es):* Orange County - Central Justice Center

700 Civic Center Drive, Santa Ana, CA 92701

| CASE NUMBER:<br>*(Número del Caso):* |
|---|
| 30-2021-01178614-CU-PO-CJC |

Judge Theodore Howard

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

James Joseph, JUREWITZ LAW GROUP; 600 B St., Ste 1450, San Diego, CA 92101; 619-233-5020

DATE: 01/13/2021
*(Fecha)* DAVID H. YAMASAKI, Clerk of the Court

Clerk, by _Domi_ , Deputy
*(Secretario)* *(Adjunto)*

Dominique Carr

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

under: ☐ CCP 416.10 (corporation) ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

| | |
|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009] | **SUMMONS** |

**Page 1 of 1**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com



# SUPERIOR COURT OF CALIFORNIA

### COUNTY OF ORANGE

**Superior Court of California, County of Orange**

700 W. Civic Center Drive
Santa Ana, CA 92702

### PAYMENT RECEIPT

E-Filing Transaction #: 1802648

Receipt #: 12658765

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Clerk ID: d2carr | | Transaction No: 12831442 | Transaction Date: 01/13/2021 | | | Transaction Time: 02:40:14 PM | |

| Case Number | Fee Type | Qty | Fee Amount$ | Balance Due | Amount Paid | Remaining Balance |
|---|---|---|---|---|---|---|
| 30-2021-01178614-CU-PO-CJC | 194 - Complaint or other 1st paper | 1 | $435.00 | $435.00 | $435.00 | $0.00 |
| | | | | Sales Tax: | $0.00 | |
| E-Filing : - OneLegal | | | | Total: | $435.00 | Total Rem. Bal: |

E-Filing: $435.00

Total Amount Tendered: $435.00

Change Due: $0.00

Balance: $0.00

A $45 fee may be charged for each returned check, electronic funds transfer or credit card payment.

## COPY

Page: 1

James Joseph (SBN 309883)
Jurewitz Law Group
600 B Street, Suite 1450
San Diego, CA 92101
Tel: (619) 233-5020
Fax: (888) 233-3180

Attorneys for Plaintiff,
ARTHUR JAVIER

## SUPERIOR COURT OF CALIFORNIA

## COUNTY OF SAN DIEGO, CENTRAL DIVISION

| | |
|---|---|
| ARTHUR JAVIER, an individual, | **Unlimited Civil** |
| Plaintiff, | **Case No.:** 30-2021-01178614-CU-PO-CJC |
| vs. | **COMPLAINT** |
| NATIONAL RAILROAD PASSENGER CORPORATION, a for-profit corporation; and DOES 1 through 100, inclusive, | **Assigned for All Purposes** |
| | Judge Theodore Howard |
| Defendants. | |

Plaintiff ARTHUR JAVIER, an individual, respectfully alleges as follows:

<u>PARTIES</u>

1.      Plaintiff ARTHUR JAVIER ("Plaintiff") is, and at all times herein mentioned, was a resident of the City of Chula Vista, County of San Diego, State of California.

2.      Defendant NATIONAL RAILROAD PASSENGER CORPORATION ("NRPC") is a for-profit corporation. Its registered address is 1 Massachusetts Avenue, NW, Amtrak Law Department, 5th Floor, Washington, District of Colombia, 20001. Plaintiff is informed and believes and thereon alleges that it oversees, manages, and exercises control over California coastal Amtrak.

COMPLAINT
- 1 -

3.      Plaintiff is ignorant of the true names and capacities of defendants sued herein as DOES 1 through 50 (the "Train Doe Defendants") therefore sues these Defendants by such fictitious names. Plaintiff will amend this complaint to insert their true names and capacities when ascertained.  Plaintiff is informed and believes and thereon alleges that each of these fictitiously named Defendants is legally responsible for the events and happenings referred to herein, and legally caused injuries and damages thereby to Plaintiff as herein alleged.  Plaintiff's injuries as hereinafter alleged were proximately caused by the acts of such Defendants, and each of them.

4.      Plaintiff is ignorant of the true names and capacities of defendants sued herein as DOES 51 through 100 (the "Construction Doe Defendants") therefore sues these Defendants by such fictitious names.  Plaintiff will amend this complaint to insert their true names and capacities when ascertained. Plaintiff is informed and believes and thereon alleges that each of these fictitiously named Defendants is legally responsible for the events and happenings referred to herein, and legally caused injuries and damages thereby to Plaintiff as herein alleged.  Plaintiff's injuries as hereinafter alleged were proximately caused by the acts of such Defendants, and each of them.

5.      NRPC, Train Doe Defendants and Construction Doe Defendants, shall be collectively referred to as "Defendants" hereafter.

6.      Plaintiff is informed and believes and on that basis alleges that at all times herein mentioned, each of the Defendants was the agent and employee of the remaining Defendants, and was acting within the scope and purpose of such agency and employment in doing the acts herein alleged.

## JURISDICTION AND VENUE

7.      This litigation arises out of or is connected with the Defendant's activities within the State of California.

8.      The incident complained of occurred on the Common Carrier, just north of the San Juan Capistrano train station.

## GENERAL ALLEGATIONS

9.      On or about August 15, 2019, Plaintiff was riding on a passenger train, operated by NRPC and Train Doe Defendants. Plaintiff was properly seated accordingly rules and regulations for

passengers onboard the train.  Suddenly the train came to an abrupt halt without warning.  Plaintiff was then violently thrust about his seat, causing him to sustain injuries.

10.     Plaintiff later learned that Construction Doe Defendants were performing work on or near the tracks of the train.  Plaintiff is informed and believes and thereon alleges that Construction Doe Defendants' work interfered with the normal operation of the train.

## FIRST CAUSE OF ACTION

### Negligence

### (Against NRPC and Train Doe Defendants)

1.     Plaintiff incorporates the allegations set forth above as though set forth fully herein.

2.     NRPC and Train Doe Defendants had a duty of care to Plaintiff.

3.     NRPC and Train Doe Defendants, by and through their operation of the train, failed to use reasonable care when operating the train. Specifically, they:

     a.  Failed to safely operate the train;

     b.  Failed to provide warning to all passengers when an unscheduled/emergency stop occurred; and

4.     NRPC and Train Doe Defendants are a common carrier as defined in California Civil Code section 2168 (or agents of a common carrier) because they (a) provide transportation services to the public; (b) advertise their transportation services to the general public; and (c) collected fees from passengers, including Plaintiff, to travel on the train.

5.     As a common carrier, NRPC and Train Doe Defendants must use the highest care and the vigilance of a very cautious person. They must do all that human care, vigilance, and foresight reasonably can do under the circumstances to avoid harm to passengers.  They must use reasonable skill to provide everything necessary for safe transportation, in view of the transportation used and the practical operation of the business.

6.     NRPC and Train Doe Defendants, and each of them, breached their duty to Plaintiff, in failing to act reasonably, and with due care, in keeping, maintaining, operating, and controlling the train in a reasonable and safe condition, which would not create a serious danger to persons on the common carrier, including Plaintiff.

COMPLAINT
- 3 -

7.      As a proximate result of the negligence and carelessness of NRPC and Train Doe Defendants, and each of them, and the resulting incident as above alleged, Plaintiff was injured in his health, strength, and activity, sustaining severe injury to his body, all of which have caused and continue to cause him great mental and physical pain and suffering.  Plaintiff is informed and believes and on that basis alleges, that the injuries will result in some permanent disability to Plaintiff, all to his damage in amounts which will be shown according to proof.

8.      As a further proximate result of the negligence and carelessness of NRPC and Train Doe Defendants, and each of them, Plaintiff was required to employ, and continues to employ, physicians to examine, treat and care for him, and did and continues to incur medical and incidental expenses which will be shown according to proof.

## SECOND CAUSE OF ACTION

### Negligence

### (Against Construction Doe Defendants)

1.      Plaintiff incorporates the allegations set forth above as though set forth fully herein.

2.      Construction Doe Defendants had a duty of care to Plaintiff.

3.      Construction Doe Defendants, by and through their operation of construction, failed to use reasonable care in notifying the train of their impact to the common carrier's path. Specifically, they:

     a. Failed to perform their work so as to not interfere with the train; and

     b. Failed to notify the train of any work that would interfere with the train;

4.      Construction Doe Defendants, and each of them, breached their duty to Plaintiff, in failing to act reasonably, and with due care, in keeping, maintaining, operating, and controlling the construction grounds in a reasonable and safe condition, which would not create a serious danger to persons on the train, including Plaintiff.

5.      As a proximate result of the negligence and carelessness of Construction Doe Defendants, and each of them, and the resulting accident as above alleged, Plaintiff was injured in his health, strength, and activity, sustaining severe injury to his body, all of which have caused and continue to cause him great mental and physical pain and suffering.  Plaintiff is informed and believes and on that

basis alleges, that the injuries will result in some permanent disability to Plaintiff, all to his damage in amounts which will be shown according to proof.

6.     As a further proximate result of the negligence and carelessness of Construction Doe Defendants, and each of them, Plaintiff was required to employ, and continues to employ, physicians to examine, treat and care for him, and did and continues to incur medical and incidental expenses which will be shown according to proof.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment as follows:

1.     For general damages according to proof;

2.     For special damages for medical and incidental expenses according to proof;

3.     For costs of suit herein incurred;

4.     For pre-judgment interest as provided by law; and

5.     For such other and further relief as the court may deem proper.

### DEMAND FOR JURY

Plaintiff hereby requests a trial by jury for this matter.

Dated: January 13, 2021

JUREWITZ LAW GROUP

JAMES JOSEPH
Attorney for Plaintiff

COMPLAINT
- 5 -

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE<br>STREET ADDRESS: 700  W. Civic Center Drive<br>MAILING ADDRESS: 700  W. Civic Center Drive<br>CITY AND ZIP CODE: Santa Ana CA  92701<br>BRANCH NAME:    Central Justice Center | FOR COURT USE ONLY |
|---|---|
| SHORT TITLE: JAVIER vs. NATIONAL RAILROAD PASSENGER CORPORATION | |
| **NOTICE OF CONFIRMATION OF ELECTRONIC FILING** | CASE NUMBER:<br>30-2021-01178614-CU-PO-CJC |

The Electronic Filing described by the below summary data was reviewed and accepted by the Superior Court of California, County of Orange. In order to process the filing, the fee shown was assessed.

**Electronic Filing Summary Data**

| | |
|---|---|
| Electronically Submitted By: | ARTHUR JAVIER |
| On Behalf of: | ARTHUR JAVIER; CCMS ID: 79170190 |
| Transaction Number: | 1802648 |
| Court Received Date: | 01/13/2021 |
| Court Received Time: | 01:38:50 PM |
| Filed Date: | 01/13/2021 |
| Filed Time: | 01:38 PM |
| Fee Amount Assessed: | $435.00 |
| Case Number: | 30-2021-01178614-CU-PO-CJC |
| Case Title: | JAVIER vs. NATIONAL RAILROAD PASSENGER CORPORATION |
| Location: | Central Justice Center |
| Case Type: | PI/PD/WD - Other |
| Case Category: | Civil - Unlimited |
| Jurisdictional Amount: | > 25000 |

**NOTICE OF CONFIRMATION OF FILING**

Case Title:

| Documents Electronically Filed/Received | Status |
|---|---|
| Complaint | Accepted |
| Civil Case Cover Sheet | Accepted |
| Summons Issued and Filed | Accepted |

**Court Generated Documents**
Payment Receipt

**Comments**
**Submitter's Comments:**

**Clerk's Comments:**      Alternative Dispute Resolution (ADR) Information Package
can be found on the Court public website or by entering the
following information in your internet explorer search:
http://www.occourts.org/forms/local/l1200.pdf

**Electronic Filing Service Provider Information**

Service Provider OneLegal
Email:              support@onelegal.com
Contact Person:  Customer Support
Phone:             8009388815